# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 23-5154** | **September Term, 2022** |
| | **1:19-cv-02367-ABJ** |
| | **Filed On:** July 19, 2023 |

In re: Merrick B. Garland, in his official
capacity as Attorney General, et al.,

      Petitioners

**BEFORE:**    Wilkins and Walker, Circuit Judges

## O R D E R

Upon consideration of the petition for writ of mandamus, it is

**ORDERED**, on the court's own motion, that respondents Peter Strzok and Lisa Page enter appearances and file a response to the petition, not to exceed 7,800 words, within 14 days of the date of this order.  See Fed. R. App. P. 21(b); D.C. Cir. Rule 21(a), (b).  Petitioners may file a reply, not to exceed 3,900 words, within 7 days after the filing of the response.

The Clerk is directed to transmit a copy of this order to the district court.

**Per Curiam**

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

          BY:    /s/
                  Amanda Himes
                  Deputy Clerk