# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** In re: Merrick Garland, et al.

v.

**Case No:** 23-5154

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel for the ◯ Appellant(s)/Petitioner(s) ⦿ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Lisa Page (respondent)

### Counsel Information

**Lead Counsel:** Amy Jeffress (D. Ames Jeffress)

**Direct Phone:** (202) 942-5968  **Fax:** (202) 942-5999  **Email:** amy.jeffress@arnoldporter.com

**2nd Counsel:** Robert J. Katerberg

**Direct Phone:** (202) 942-6289  **Fax:** (202) 942-5999  **Email:** robert.katerberg@arnoldporter.com

**3rd Counsel:** Kaitlin Konkel

**Direct Phone:** (202) 942-5757  **Fax:** (202) 942-5999  **Email:** kaitlin.konkel@arnoldporter.com

**Firm Name:** Arnold & Porter Kaye Scholer LLP

**Firm Address:** 601 Massachusetts Avenue NW, Washington, DC 20001

**Firm Phone:** (202) 942-5000  **Fax:** (202) 942-5999  **Email:** N/A

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)